**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**LETRELL LEWIS**                                                                                    **PLAINTIFF**

**V.**                                           **CASE NO. 5:25-CV-5245**

**DOES**                                                                                              **DEFENDANTS**

## ORDER

On February 24, 2026, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of the Complaint pursuant to 28 U.S.C. § 1915 and issued a Report and Recommendation ("R&R") (Doc. 11), finding that the case should be dismissed failure to prosecute, failure to obey Court orders, and failure to comply with Local Rule 5.5(c)(2). On March 5, 2026, Plaintiff filed Objections to the R&R (Doc. 12), which triggered this Court's *de novo* review of the record.

The R&R explains that, despite multiple warnings and orders from the Court, Plaintiff never filed a complaint identifying any defendants, nor did he fill out and return the forms required to allow him to proceed without paying a filing fee. Plaintiff states in his Objection that he sent blank paperwork to the Clerk of Court, assuming that the Court would forward it to the detention center where he was incarcerated. He also claims he "did not realize that the form was mandatory." (Doc. 12, pp. 1–2). Although he maintains that he was previously diagnosed with autism, he does not demonstrate to the Court's satisfaction that such a diagnosis renders him incapable of filling out paperwork and following Court orders.

1

IT IS THEREFORE ORDERED that the Objection is **OVERRULED** and the R&R is **ADOPTED IN ITS ENTIRETY**. The case is **DISMISSED WITHOUT PREJUDICE** on preservice screening under 28 U.S.C. § 1915(e) for the reasons stated in the R&R.

IT IS SO ORDERED on this 19th day of March, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE